ANNE E. LOPEZ          7609
Attorney General

PATRICIA OHARA         3124
ROBYN B. CHUN          3661
Deputy Attorneys General
Department of Attorney General
State of Hawaii
425 Queen Street
Honolulu, Hawaiʻi  96813
Telephone: (808) 586-0618
Fax: (808) 586-1372
E-mail: robyn.b.chun@hawaii.gov

Attorneys for Defendants
The State of Hawaii, the Honorable Kathleen Watanabe,
the Honorable Randal Valenciano and Jonathan Chun,
Court-appointed Foreclosure Commissioner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| PAUL ALLEN GARCIA, KIRAH-SHANTEL GARCIA, KEANE BOBBY BRAUN,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF HAWAII; JUDGE KATHLEEN WATANABE; JONATHAN J. CHUN; LORNA A. NISHIMITSU; BELLES GRAHAM LLP; PETER T. STONE; DAISY LYNN B. HARTSFIELD; ANYA M. PEREZ; JENNY J.N.A. NAKAMOTO; SUN YOUNG PARK;<br><br>*(caption continued to next page)* | Civil No. CV 22-00432 JMS-KJM<br><br>DEFENDANT THE HONORABLE RANDAL VALENCIANO'S **SUBSTANTIVE JOINDER AND MOTION TO DISMISS** SECOND AMENDED COMPLAINT WITH PREJUDICE; CERTIFICATE OF SERVICE<br><br><br><br>Judge: Honorable J. Michael Seabright |

ROBIN LYN MILLER; STEPHEN J. TRIMBLE; KEONE WAYNE SOUZA; TMLF HAWAII LLLC; PENNYMAC CORP.; GARY VICTOR DUBIN; DUBIN LAW FIRM; KEN OHARA; DAVID MCALLISTER; DANIEL ALAN ROSS; ZACHARY K. KONDO; ALDRIDGE PITE LLP; HILL WALLACK LLP; SN SERVICING CORP.; ERIC A. BRAUN; 1900 CAPITAL TRUST III BY US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE; ASSOCIATION OF APARTMENT OWNERS OF KAWAIKINI ESTATES; ASSET ACCEPTANCE; CAPITAL ONE N.A., TITLE GUARANTY OF HAWAII; HONOLULU INFORMATION SERVICE, INC. DBA HONINFO, FIDELITY NATIONAL TITLE INSURANCE COMPANY; BROOKS R. BRAUN; ROBERT L. SOARES JR.; DEREK W.C. WONG, LLLC, COUNTY OF KAUAI - DEPARTMENT OF WATER,

Defendants.

DEFENDANT THE HONORABLE RANDAL VALENCIANO'S
**SUBSTANTIVE JOINDER AND MOTION TO DISMISS**
SECOND AMENDED COMPLAINT WITH PREJUDICE

Defendant the Honorable Randal Valenciano, through Anne E. Lopez,

Attorney General for the State of Hawaiʻi and her undersigned deputies,

**substantively joins** the Motion to Dismiss filed herein on May 2, 2023 by Defendants State of Hawaii, the Honorable Kathleen Watanabe and Court-appointed Foreclosure Commissioner Jonathan Chun (collectively, "State Defendants") (*see* Dkt. 88) and seeks an order dismissing the Second Amended Complaint[1] filed herein on March 14, 2023 with prejudice on the grounds stated in the State Defendants' Motion to Dismiss.

This motion is brought pursuant to Local Rule 7.7 and Rule 12(b)(6), Fed. R. Civ. P. and is based on the State Defendants' Memorandum as well as, the Memorandum, Declaration and Exhibit attached hereto, the records and files herein and such further argument as may be made at the hearing on this motion.

DATED:  Honolulu, Hawaii, May 2, 2023.

/s/ *Robyn B. Chun*
PATRICIA OHARA
ROBYN B. CHUN
Deputy Attorneys General

Attorneys for Defendants
The State of Hawaii, the Honorable
Kathleen Watanabe, the Honorable Randal
Valenciano, and Jonathan Chun,
Court-appointed Foreclosure Commissioner

---

[1] The Second Amended Complaint is titled "60 Million Dollar Claim Under 42 U.S. Code Sec. 1983 Action for Deprivation of Civil Rights, Violation of Due Process, Conspiracy to Commit Real Estate Deed Fraud, Forgery, Wrongful Foreclosure, and Breach of Contract, and Conspiracy to Commit Utility Theft and Cross Connection Contamination of Our Drinking Water and This Claim is also for Obstruction of Justice Water" and will be referred to herein as the "Second Amended Complaint".