MATTHEW M. BRACKEN     10267
County Attorney
ANDREW S. MICHAELS     10407
Deputy County Attorney
Office of the County Attorney
4444 Rice Street, Suite 220
Līhuʻe, Hawaiʻi   96766
Telephone: (808) 241-4930
Facsimile:  (808) 241-6319
Email:  mbracken@kauai.gov
              amichaels@kauai.gov

Attorneys for Defendant
COUNTY OF KAUAʻI -
DEPARTMENT OF WATER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| Paul Allen Garcia, Kirah-Shantel Garcia, Keane Bobby Braun, | CIVIL NO. 22-00432 JMS-KJM |
|---|---|
| Plaintiffs, | DEFENDANT COUNTY OF KAUAʻI – DEPARTMENT OF WATER'S REPLY TO PLAINTIFFS REPLY TO DEFENDANTS FIDELITY NATIONAL TITLE INSURANCE COMPANY AND TITLE GUARANTY OF HAWAII, LLC MOTION TO DISMISS; COUNTY OF KAUAʻI MOTION TO DISMISS; ASSOCIATION OF APARTMENT OWNERS OF KAWAIKINI ESTATES AND SAIVA SIDDHANTHA JOINDER; SN SERVICING CORPORATION'S JOINDER; KEN OHARA, DAVID MCALLISTER, ZACHARY K. |
| vs. | |
| STATE OF HAWAII; JUDGE KATHLEEN WATANABE; JONATHAN J. CHUN; LORNA A. NISHIMITSU; BELLES GRAHAM LLP; PETER T. STONE; DAISY LYNN B. HARTSFIELD; ANYA M. PEREZ; JENNY J.N.A. NAKAMOTO; SUN YOUNG PARK; ROBIN LYN MILLER; STEPHEN J. TRIMBLE; KEONE WAYNE SOUZA; TMLF HAWAII LLLC; PENNYMAC CORP.; GARY VICTOR DUBIN DUBIN LAW FIRM; KEN OHARA; DAVID | |

| | |
|---|---|
| MCALLISTER; DANIEL ALAN ROSS; ZACHARY K. KONDO; ALDRIDGE PITE LLP; HILL WALLACK LLP; SN SERVICING CORP.; ERIC A. BRAUN; 1900 CAPITAL TRUST III BY US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE; ASSOCIATION OF APARTMENT OWNERS OF KAWAIKINI ESTATES; ASSET ACCEPTANCE; CAPITAL ONE N.A., TITLE GUARANTY OF HAWAII; HONOLULU INFORMATION SERVICE, INC. DBA HONINFO, FIDELITY NATIONAL TITLE INSURANCE COMPANY; BROOKS R. BRAUN; ROBERT L. SOARES JR.; DEREK W.C. WONG, LLLC, COUNTY OF KAUAI-DEPARTMENT OF WATER, Defendants. | ) KONDO, ALDRIDGE PITE, LLP'S ) JOINDER; TMLF HAWAII LLLC, ) PETER T. STONE, JENNY J.N.A. ) NAKAMOTO, SUN YOUNG ) PARK, ROBIN LYN MILLER, ) STEPHEN J. TRIMBLE, JASON ) COTTON, ESQ., THE MORTGAGE ) LAW FIRM JOINDER; ) CERTIFICATE OF SERVICE |

**DEFENDANT COUNTY OF KAUAʻI – DEPARTMENT OF WATER'S REPLY TO PLAINTIFFS REPLY TO DEFENDANTS FIDELITY NATIONAL TITLE INSURANCE COMPANY AND TITLE GUARANTY OF HAWAII, LLC MOTION TO DISMISS; COUNTY OF KAUAʻI MOTION TO DISMISS; ASSOCIATION OF APARTMENT OWNERS OF KAWAIKINI ESTATES AND SAIVA SIDDHANTHA JOINDER; SN SERVICING CORPORATION'S JOINDER; KEN OHARA, DAVID MCALLISTER, ZACHARY K. KONDO, ALDRIDGE PITE, LLP'S JOINDER; TMLF HAWAII LLLC, PETER T. STONE, JENNY J.N.A. NAKAMOTO, SUN YOUNG PARK, ROBIN LYN MILLER, STEPHEN J. TRIMBLE, JASON COTTON, ESQ., THE MORTGAGE LAW FIRM JOINDER**

Defendant County of Kauaʻi - Department of Water ("County"), hereby files its Reply to Plaintiffs Reply to Defendants Fidelity National Title Insurance Company and Title Guaranty of Hawaii, LLC Motion to Dismiss; County of Kauaʻi Motion to Dismiss; Association of Apartment Owners of Kawaikini Estates and Saiva Siddhantha Joinder; SN Servicing Corporation's Joinder; Ken Ohara, David Mcallister, Zachary K. Kondo, Aldridge Pite, LLP's Joinder; TMLF Hawaii LLLC, Peter T. Stone, Jenny J.N.A. Nakamoto, Sun Young Park, Robin Lyn Miller, Stephen J. Trimble, Jason Cotton, Esq., The Mortgage Law Firm Joinder ("Opposition").[1]  ECF No. 94.

In the County's Motion to Dismiss Amended Complaint filed March 14, 2023 ("Motion"), ECF No. 86, the County argued that Plaintiffs' second amended complaint ("SAC"), ECF No. 18, should be dismissed for violating FRCP Rule 8, failing to allege sufficient facts to state a plausible claim against the County, and—specifically with respect to any Section 1983 claims—failing to sufficiently allege an official policy, custom, or deliberate indifference.  ECF No. 86 at PageID # 596-601.  Plaintiffs' Opposition makes no mention whatsoever of the County's

---

[1] Though denominated as a reply brief, in substance ECF No. 94 appears to be an opposition brief directed at various defendants' motions to dismiss.  The County further notes that the Opposition is signed only by Plaintiffs Paul A. Garcia and Kirah-Shantel Garcia, and not by named Plaintiff Keane Bobby Braun.  ECF No. 94 at PageID # 999.  "Every pleading, written motion, and other paper must be signed . . . by a party personally if the party is unrepresented."  Rule 11(a) of the Federal Rules of Civil Procedure ("FRCP").

specific arguments.  Rather, the Opposition only specifically mentions "Fidelity and TDH".  ECF No. 94 at PageID # 998.

Plaintiffs vaguely contend, without citing any legal authority, that "[i]t may later prove true that the Defendants were not involved[,] however[,] until that time comes it should be presumed that the Defendants are involved."  Id.  Plaintiffs misunderstand the pleading standard.  They cannot simply presume involvement on the part of the County.  Rather, the SAC must be dismissed because it fails to allege "enough facts to state a claim to relief that is plausible on its face."  Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 570, 127 S. Ct. 1955, 167 L. Ed. 2d 929 (2007).

For the above reasons, the County requests that this Honorable Court dismiss the SAC.

DATED:   Līhuʻe, Kauaʻi, Hawaiʻi, May 31, 2023.

MATTHEW M. BRACKEN
County Attorney


By   /s/ Andrew S. Michaels
 ANDREW S. MICHAELS

Attorneys for Defendant
COUNTY OF KAUAʻI -
DEPARTMENT OF WATER