TMLF HAWAII LLLC
A Hawaiʻi Limited Liability Law Company

CHARLES R. PRATHER #7664
1099 Alakea Street, Suite 1500
Honolulu, Hawaiʻi  96813
Telephone: 808-489-9741
Facsimile:  808-489-9835
Email: charles.prather@mtglawfirm.com

Attorney for Defendants
PETER T. STONE; JENNY J.N.A. NAKAMOTO; SUN YOUNG PARK; ROBIN LYN MILLER; STEPHEN J. TRIMBLE; TMLF HAWAII, LLLC; SN SERVICING CORP.; JASON COTTON, ESQ. and THE MORTGAGE LAW FIRM

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| PAUL ALLEN GARCIA, KIRAH-SHANTEL GARCIA, KEANE BOBBY BRAUN,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF HAWAII, JUDGE KATHLEEN WATANABE, JUDGE RANDAL VALENCIANO, JONATHAN J. CHUN; LORNA A. NISHIMITSU; BELLES GRAHAM LLP, PETER T. STONE; DAISY LYNN B. HARSFIELD; ANYA M. PEREZ; JENNY J.N.A. NAKAMOTO; SUN YOUNG PARK; ROBIN LYN MILLER; STEPHEN J. TRIMBLE; KEONE WAYNE | CASE NO. 1:22-cv-00432-JMS-KJM<br><br>**DEFENDANTS PETER T. STONE, JENNY J.N.A. NAKAMOTO, SUN YOUNG PARK, ROBIN LYN MILLER, STEPHEN J. TRIMBLE, TMLF HAWAII, LLLC, SN SERVICING CORP., JASON COTTON, ESQ., AND THE MORTGAGE LAW FIRM'S RESPONSE TO PLAINTIFFS' MOTION FOR NOTING AND ENTRY OF DEFAULT AGAINST CERTAIN PARTIES LISTED IN THE ANNEXED LIST AND WHO HAVE NOT TIMELY ANSWERED NOR RESPONDED IN THE ACTION, FILED MAY 24, 2023; CERTIFICATE OF SERVICE**<br>(*Case caption continued on next page*) |

120700

SOUZA; TMLF HAWAII, LLLC; PENNYMAC CORP.; GARY VICTOR DUBIN, DUBIN LAW FIRM, KEN OHARA, DAVID MCALLISTER, DANIEL ALAN ROSS, ZACHARY K. KONDO, ALDRIDGE PITE LLP, HILL WALLACK LLP, SN SERVICING CORP., ERIC A. BRAUN, 1900 CAPITAL TRUST III BY US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE, ASSOCIATION OF APARTMENT OWNERS OF KAWAIKINI ESTATES, ASSET ACCEPTANCE, CAPITAL ONE N.A., TITLE GUARANTY OF HAWAII, HONOLULU INFORMATION SERVICE, INC. DBA HONINFO, FIDELITY NATIONAL TITLE INSURANCE COMPANY, BROOKS R. BRAUN, ROBERT L. SOARES JR., DEREK W.C. WONG, LLLC, COUNTY OF KAUAI – DEPARTMENT OF WATER, JASON COTTON, ESQ., THE MORTGAGE LAW FIRM, JOHN DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS 1-20; DOE ENTITIES 1-20; AND DOE GOVERNMENTAL UNITS 1-20,

          Defendants.

**DEFENDANTS PETER T. STONE, JENNY J.N.A. NAKAMOTO, SUN YOUNG PARK, ROBIN LYN MILLER, STEPHEN J. TRIMBLE, TMLF HAWAII, LLLC, SN SERVICING CORP., JASON COTTON, ESQ., AND THE MORTGAGE LAW FIRM'S RESPONSE TO PLAINTIFFS' MOTION FOR NOTING AND ENTRY OF DEFAULT AGAINST CERTAIN PARTIES LISTED IN THE ANNEXED LIST AND WHO HAVE NOT TIMELY ANSWERED NOR RESPONDED IN THE ACTION, FILED MAY 24, 2023**

COMES NOW, Defendants PETER T. STONE, JENNY J.N.A. NAKAMOTO, SUN YOUNG PARK, ROBIN LYN MILLER, STEPHEN J. TRIMBLE, TMLF HAWAII, LLLC, SN SERVICING CORP., JASON COTTON, ESQ., and THE MORTGAGE LAW FIRM's ("Defendants"), by and through their undersigned attorney, and submits its Response to Plaintiffs PAUL ALLEN GARCIA, KIRAH-SHANTEL GARCIA, and KEANE BOBBY BRAUN's ("Plaintiffs") Motion for Noting and Entry of Default Against Certain Parties Listed in the Annexed List and Who Have Not Timely Answered nor Responded in the Action ("Motion for Entry of Default"), filed herein on May 24, 2023 as ECF Document No. 98.

Defendant SN SERVICING CORP. filed its Joinder in Defendants Fidelity National Title Insurance Company and Title Guaranty of Hawaii, LLC's Motion to Dismiss Amended Complaint, Filed March 14, 2023 on April 12, 2023 as ECF Document No. 71. On April 25, 2023, Defendants filed their Joinder in Defendants Fidelity National Title Insurance Company and Title Guaranty of Hawaii, LLC's Motion to Dismiss Amended Complaint, Filed March 14, 2023 on April 12, 2023 as

ECF Document No. 84.

On May 24, 2023, Plaintiffs filed their Motion for Entry of Default in which Plaintiffs appear to seek, among other things, a finding from this Court that certain parties have "not answered or responded timely as provided by the rules." See Motion for Entry of Default at p.4 ¶9.

Defendants object to Plaintiffs' request that default be entered against any or all of them. Rule 55(a) of the Federal Rules of Civil Procedure only allows for the entry of default "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend." As stated above, Defendants have joined in Defendants Fidelity National Title Insurance Company and Title Guaranty of Hawaii, LLC's Motion to Dismiss. A joinder in a pending motion to dismiss evidences Defendants' intent to "otherwise defend" and renders Plaintiff's request for the entry of default inappropriate. Gipbsin v. Kernan, 2009 WL 1650029, at *2 (E.D. Cal. 2009).

In light of the foregoing, Defendants respectfully request that Plaintiff's request for entry of default as to Defendants be denied.

DATED: Honolulu, Hawaiʻi, June 6, 2023.

/s/ Charles R. Prather
CHARLES R. PRATHER

Attorney for Defendants
PETER T. STONE

4

                              JENNY J.N.A. NAKAMOTO
                              SUN YOUNG PARK
                              ROBIN LYN MILLER
                              STEPHEN J. TRIMBLE
                              TMLF HAWAII, LLLC
                              SN SERVICING CORP.
                              JASON COTTON, ESQ. and
                              THE MORTGAGE LAW FIRM