McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN            3639-0
JORDAN K. INAFUKU        10392-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaiʻi  96813
Telephone No.: (808) 529-7300
Facsimile No.: (808) 524-8293
Email: minkin@m4law.com; jinafuku@m4law.com

Attorneys for Defendant
ASSET ACCEPTANCE, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PAUL ALLEN GARCIA, KIRAH-SHANTEL GARCIA, KEANE BOBBY BRAUN,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF HAWAII, JUDGE KATHLEEN WATANABE, JUDGE RANDAL VALENCIANO, JONATHAN J. CHUN, LORNA A. NISHIMITSU, BELLES GRAHAM LLP, PETER T. STONE; DAISY LYNN B. HARTSFIELD; ANYA M. PEREZ; JENNY J.N.A. NAKAMOTO; SUN YOUNG PARK; ROBIN LYN MILLER; STEPHEN J. TRIMBLE; KEONE WAYNE SOUZA; TMLF HAWAII, LLLC; PENNYMAC CORP.; GARY VICTOR DUBIN, DUBIN LAW FIRM, KEN OHARA, | CIVIL NO. 22-00432 JMS-KJM<br><br>DEFENDANT ASSET ACCEPTANCE, LLC'S SUBSTANTIVE JOINDER TO DEFENDANT PENNYMAC CORP.'S MOTION TO DISMISS AMENDED COMPLAINT FILED FEBRUARY 9, 2023 [DKT. 11] AND AMENDED COMPLAINT FILED MARCH 14, 2023 [DKT. 18], FILED MAY 3, 2023 [DKT. 91]; DECLARATION OF DAVID J. MINKIN; CERTIFICATE OF SERVICE |

441312.1

DAVID MCALLISTER, DANIEL ALAN ROSS, ZACHARY K. KONDO, ALDRIDGE PITE LLP, HILL WALLACK LLP, SN SERVICING CORP., ERIC A. BRAUN, 1900 CAPITAL TRUST III BY US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE, ASSOCIATION OF APARTMENT OWNERS OF KAWAIKINI ESTATES, ASSET ACCEPTANCE, CAPITAL ONE N.A., TITLE GUARANTY OF HAWAII, HONOLULU INFORMATION SERVICE, INC. DBA HONINFO, FIDELITY NATIONAL TITLE INSURANCE COMPANY, BROOKS R. BRAUN, ROBERT L. SOARES JR., DEREK W.C. WONG, LLLC, COUNTY OF KAUAI – DEPARTMENT OF WATER, JASON COTTON, ESQ., THE MORTGAGE LAW FIRM, JOHN DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS 1-20; DOE ENTITIES 1-20; AND DOE GOVERNMENTAL UNITS 1-20,

       Defendants.

441312.1

DEFENDANT ASSET ACCEPTANCE, LLC'S
SUBSTANTIVE JOINDER TO DEFENDANT PENNYMAC
CORP.'S MOTION TO DISMISS AMENDED COMPLAINT FILED
FEBRUARY 9, 2023 [DKT. 11] AND AMENDED COMPLAINT
FILED MARCH 14, 2023 [DKT. 18], FILED MAY 3, 2023 [DKT. 91]

Defendant ASSET ACCEPTANCE, LLC ("***Asset***"), through its counsel, McCorriston Miller Mukai MacKinnon LLP, hereby joins substantively in Defendant PENNYMAC CORP.'s ("***PennyMac***") Motion to Dismiss Amended Complaint Filed February 9, 2023 [Dkt. 11] and Amended Complaint Filed March 14, 2023 [Dkt. 18], filed on May 3, 2023, Dkt. 91 ("***PennyMac's Motion to Dismiss***").  Asset incorporates by reference the arguments and legal support referenced and set forth in PennyMac's Motion to Dismiss, the memorandum in support of PennyMac's Motion to Dismiss, and PennyMac's Reply Memorandum in Support of Its Motion To Dismiss Filed May 3, 2023 [Dkt. 91], filed on May 31, 2023, Dkt. 103 ("***PennyMac's Reply Memorandum***").

Pro Se Plaintiffs PAUL ALLEN GARCIA, KIRAH-SHANTEL GARCIA, and KEANE BOBBY BRAUN ("***Plaintiffs***") filed their Amended Complaint on March 14, 2023, Dkt. 18 ("***Amended Complaint***").  Similar to Plaintiffs' Complaint, filed on September 30, 2022, Dkt. 1 ("***Complaint***"), the Amended Complaint does not contain any specific factual allegations or claims/causes of action as against Asset.  To the extent Plaintiffs asserted any specific factual allegations or claims/causes of action against any named defendant at all, they did

not assert those factual allegations or claims/causes of action against Asset. The Amended Complaint's only reference to Asset is at paragraph 60, subparagraph (ae), which merely states: "The thirtieth defendant is ASSET ACCEPTANCE, Third Party Debt Collector." Dkt. 18 at 13.

Asset files this substantive joinder to PennyMac's Motion to Dismiss pursuant to Rules 7, 8, 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure and Local Rule 7.7 of the Local Rules of Practice for the United States District Court for the District of Hawaii and is also supported by the declaration of counsel attached hereto and the records and files herein, in addition to PennyMac's Motion to Dismiss, memorandum in support, and PennyMac's Reply Memorandum.

DATED: Honolulu, Hawaiʻi, June 6, 2023.

/s/ David J. Minkin
DAVID J. MINKIN
JORDAN K. INAFUKU
Attorneys for Defendant
ASSET ACCEPTANCE, LLC