IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PAUL ALLEN GARCIA, et al., | ) | 1:22-cv-00432-JMS-KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER OF RECUSAL |
| vs. | ) | |
| | ) | |
| STATE OF HAWAII, et al. | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER OF RECUSAL**

In order to avoid the appearance of impropriety, or a conflict of interest, or any reasonable question regarding my impartiality, I hereby recuse myself from any and all proceedings in this case. This matter is returned to the Clerk's Office for reassignment.

IT IS SO ORDERED.

Dated: Honolulu, Hawaiʻi, June 6, 2023.



Kenneth J. Mansfield
United States Magistrate Judge